**No. 10-7744. George L. Roman, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 964, 178 L. Ed. 2d 794, 2011 U.S. LEXIS 329.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 393 Fed. Appx. 149.

**No. 10-7745. Angelo Lavell Scott, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 964, 178 L. Ed. 2d 794, 2011 U.S. LEXIS 572.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 610 F.3d 1009.

**No. 10-7747. Steven Emory Butcher, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 964, 178 L. Ed. 2d 794, 2011 U.S. LEXIS 581.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 628.

**No. 10-7748. Mir Ali, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 965, 178 L. Ed. 2d 794, 2011 U.S. LEXIS 69.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 619 F.3d 713.

**No. 10-7749. Earl G. Bush, Sr., Petitioner v. Florida.**

562 U.S. 1160, 131 S. Ct. 965, 178 L. Ed. 2d 794, 2011 U.S. LEXIS 48.

January 10, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 43 So. 3d 47.

**No. 10-7750. Candace June Elmer, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 965, 178 L. Ed. 2d 794, 2011 U.S. LEXIS 299.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 401.

**No. 10-7753. Nathan Lamar Jones, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 965, 178 L. Ed. 2d 794, 2011 U.S. LEXIS 211.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 392 Fed. Appx. 356.

**No. 10-7756. Richard M. Lake, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 965, 178 L. Ed. 2d 794, 2011 U.S. LEXIS 252.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.